SUPERIOR COURT
OF THE
STATE OF DELAWARE

E. SCOTT BRADLEY
JUDGE

1 The Circle, Suite 2
GEORGETOWN, DE 19947
TELEPHONE (302) 856-5256

March 25, 2019

Andres Gutierrez de Cos, Esquire
Andres de Cos, LLC
5211 W. Woodmill Drive, #36
Wilmington, DE 19808

Patrick G. Rock, Esquire
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899

Re:  *Martine Milford v. Daniel Garcia Vicente*
     Civil Action No. S18C-03-013 ESB

Dear Counsel:

I have granted the Defendant's Motion *in Limine*.  The Defendant's motion seeks to prevent the Plaintiff from seeking compensation for damages relating to her pregnancy complications and miscarriage.  I granted it because the Plaintiff does not have a qualified medical expert that can establish the required causal connection between her pregnancy-related damages and the motor vehicle accident.  Having said that, the fact that the Plaintiff was pregnant at the time of the accident appears to have some relevance since it may have limited the diagnosis and treatment of her injuries as set forth in Dr. Whitlock's report.  We can flesh out the extent of that testimony at trial if the case does not settle.

IT IS SO ORDERED.

Very truly yours,

E. Scott Bradley

ESB:jwc

cc:    Prothonotary's Office

FILED PROTHONOTARY
SUSSEX COUNTY
2019 MAR 25 A 11: 05